FREEDOM FINANCE CO., INC., A CORPORATION OF THE STATE OF NEW YORK, PLAINTIFF-APPELLANT, v. DONALD BERRY AND ESTHER BERRY, DEFENDANTS-RESPONDENTS.

Argued January 23, 1973—Decided February 20, 1973.

*Mr. John S. Giava* argued the cause for appellant.

*Mr. Mellville D. Miller, Jr.,* Administrator, Middlesex County Legal Services Corp. argued the cause for respondents (*Mellville D. Miller, Jr., Timothy Weeks* and *Harriet Kuryk,* Legal Intern, on the Brief).

PER CURIAM. The judgment of the Appellate Division, 119 *N. J. Super.* 91, is affirmed substantially for the reasons expressed in its opinion.

*For affirmance*—Chief Justice WEINTRAUB, Justices JACOBS, HALL and MOUNTAIN, and Judges CONFORD and LEWIS—6.

*For reversal*—None.